# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America <br> v. <br><br> Joshua Stearman <br> *Defendant(s)* | ) <br> ) <br> ) Case No. <br> )   1:24-mj-0562-TAB <br> ) <br> ) <br> ) <br> ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 12, 2023__ in the county of __Madison__ in the __Southern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. § 5861(d) | Possession of an Unregistered Firearm/Destructive Device |
| 18 U.S.C. § 912 | False Personation of an Officer or Employee of the United States |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Matthew Buck
*Complainant's signature*

Matthew Buck, Special Agent ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __telephone__ *(reliable electronic means)*

Date: 6/13/2024

*[Signed]*
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

City and state: Indianapolis, IN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:24-mj-0562-TAB |
| | ) | |
| JOSHUA STEARMAN | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Matthew Buck, being duly sworn on oath, hereby depose and state as follows:

**INTRODUCTION**

**1.** I am a Special Agent with the Bureau of Alcohol, Tobacco, and Firearms, and have been since March of 2022. I am currently assigned to the Indianapolis Group III Field Office, and I am charged with investigating violations of federal firearms, explosives, and arson laws, as well as offenses enumerated in Titles 18 and 26 of the United States Code, for all of which your Affiant has received formal training at the Federal Law Enforcement Training Center and the ATF National Academy. As a federal agent, your Affiant is a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C); that is, a government agent engaged in enforcing the criminal laws.

1

2. Prior to employment with the ATF, your Affiant was employed as a Patrol Police Officer with the Peoria Police Department (PPD) from 2019-2022. Your Affiant graduated from the Macon County Law Enforcement Training Center where your Affiant completed 640 hours of training. As a law enforcement officer, your Affiant was assigned to work in multiple patrol districts throughout the city. Your Affiant responded to calls for assistance, as well as proactive policing to help prevent crime. During your Affiant's time in Peoria, your Affiant was able to investigate crimes and make arrests by interviewing victims, witnesses, and suspects. As an ATF agent your Affiant has assisted in debriefing defendants, confidential informants, cooperating sources, and witnesses with knowledge regarding firearms or narcotics trafficking. Your Affiant has participated in physical and electronic surveillance, executed search warrants and arrested defendants. Your Affiant has drafted many investigative reports and had the privilege of testifying before Grand Jury for violations of State and Federal Law.

3. The statements in this affidavit are based on my personal knowledge, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts. Because this affidavit is being submitted for the limited purpose of presenting probable cause, I have not included each and every fact known to me concerning this investigation.

4. I have set forth facts that I believe are sufficient to establish probable cause that on or about December 12, 2023, Joshua STEARMAN committed the following violations of the United States Code: Title 26, United States Code, Section

5861(d) – Possession of an Unregistered Firearm/Destructive Device, Title 18, United States Code, Section 912 – False Personation of an Officer or Employee of the United States.

## INVESTIGATION AND PROBABLE CAUSE

5. On December 12, 2023, Officer Dakota Neal with the Ingalls Police Department was on patrol within the vicinity of an address in Ingalls, Southern District of Indiana. This specific address had been the subject of several vandalism reports over the past several weeks. At approximately 1:47 a.m., Officer Neal observed a vehicle matching the description of a red Toyota RAV4 that had been involved in the reported incidents of vandalism driving north bound on Alfonte Street from Menden Avenue. Simultaneously, Officer Neal was dispatched to the aforementioned address on a report of a subject walking through the yard then leaving in a red colored Toyota RAV4.

6. Officer Neal was able to catch up to the vehicle and observe the license plate to be obscured in the lower left corner of the rear windshield. As the vehicle turned east onto Broadway Street, Officer Neal was then able to conduct a traffic stop on the vehicle. The RAV4 then turned south on Randall Street and pulled into a parking lot at 180 East Broadway Street.

7. The driver of the vehicle placed his license, identifying him as Joshua STEARMAN, on the window along with some form of an unknown government identification with a government seal at the bottom. Officer Neal observed STEARMAN to have black latex gloves on with black duct tape around his wrists.

Officer Neal asked STEARMAN to roll down the window and STEARMAN stated he is Homeland Security coming back from a mission. Officer Neal asked again for STEARMAN to roll down his window, and STEARMAN replied that he is serious and to run his identification. STEARMAN then stated he was over at his dad's house, had just completed a "mission," and is on his way back home. STEARMAN has never been employed by the Department of Homeland Security.

8. STEARMAN then pointed to the passenger door and stated he made cocktails for the bonfire at his dad's house. Officer Neal observed a plastic water bottle in the passenger door cup holder containing a yellow brown liquid with what appeared to be a piece of fabric sticking out from under the cap. Officer Neal recognized this to be a potential Molotov cocktail. Officer Neal then asked STEARMAN what he meant by cocktail and STEARMAN stated, "the gasoline I'm going to use for the bonfire this weekend." STEARMAN then stated he was going to his dad's house to drop them off, so they were not in his vehicle anymore. STEARMAN then stated that is why he is wearing the gloves. STEARMAN also stated that he is losing his house which is why he has the gasoline to heat his house.

9. Officer Neal then opened the driver door and asked STEARMAN to step out, to which STEARMAN complied. As STEARMAN stepped out of the vehicle Officer Neal observed a second "cocktail" in the driver door cupholder. STEARMAN was then placed in handcuffs and then patted down for weapons. He was found to have Oxycodone on his person in a pill bottle with another person's name printed on the label. STEARMAN was then secured in a squad car.

10. STEARMAN later gave consent for the RAV4 to be searched. During the search of the vehicle, four (4) potential Molotov cocktails were located: a plastic water bottle, a plastic Pure Leaf tea bottle, a plastic orange juice bottle, and a glass Jim Beam Whiskey bottle. All four bottles contained a yellow, brown liquid that gave off an odor of fuel as well as what appeared to be small pieces of wood or kindling inside of them. All four had some piece of cloth or fabric sticking out from under the cap to be used as wick to light the fire. In the driver door pocket, there was also a long candle lighter. Also in the vehicle was a large torch with tanks of acetylene and oxygen. Finally, officers located a black case containing a Golden Eagle compound bow and five (5) arrows. All evidence from the traffic stop was collected and taken to Ingalls Police Department. STEARMAN was arrested and transported to the Madison County Jail.

**LABORATORY ANALYSIS**

11. A Molotov Cocktail device consists of a container (usually a glass bottle) of ignitable liquid with a cloth wick extending from the ignitable liquid inside the container to the outside. The wick is then ignited by an open flame and the device is thrown against a surface, with the intent that the ignitable liquid inside will spread fire to the fuel package against which it was thrown. Molotov Cocktails are classified as improvised incendiary bombs, under the definition of Destructive Devices, as detailed in the NFA, Title 26, United States Code, Section 5845(a) and (f).

12. On January 3, 2024, Special Agent Bomb Technician and Certified Explosive Specialist (SABT/CES) Brian Taylor and your Affiant collected the

evidence—to include the suspected Molotov Cocktails—from Ingalls Police Captain Tony Keogh and secured the evidence in the ATF Indianapolis vault. On February 8, 2024, SABT/CES Brian Taylor packaged and shipped a sample of the unknown liquid from Device 1[1] to the ATF Washington Laboratory.

13. On February 29, 2024, ATF SABT Taylor packaged and shipped Device 1 to the ATF Washington Laboratory for Examination. The ATF Laboratory received the unknown liquid from Device 1 on February 9, 2024. On March 1, 2024, ATF Washington Lab received the Device 1 components. On May 20, 2024, your affiant received the laboratory results from the ATF Washington Laboratory. The lab determined that Device 1, an improvised incendiary device, consisted of a flammable liquid, identified by the laboratory analysis as gasoline, contained in a glass Jim Beam bottle, with a cloth wick attached to the bottle as a means of initiation.

14. A search of STEARMAN was conducted in the National Firearm Registration and Transfer Record ("NFRTR") to determine whether STEARMAN had registered any National Firearms Act ("NFA") defined firearm—to include the Molotov cocktails described above—as required by Title 26, United States Code, Section 5841. The search revealed that STEARMAN has never registered any firearm in the NFRTR.

---

[1] Device 1 was identified as a 750-mL Jim Beam Kentucky Straight Bourbon Whiskey bottle containing damaged black fabric and an opaque, white zip tie, found within STEARMAN's vehicle on December 12, 2023. A white and red metal cap was attached to the bottle. The bottle contained small pieces of wood and apparent crystalline material. There were mold markings present on the shoulder and on the bottom of the bottle: ESTD 1795 and 32, respectively. White powder was on the label of the bottle. The black fabric resembled t-shirt material and measured 26 inches and 7 3/8 inches at the longest and widest points.

## CONCLUSION

15. Based on the information detailed above, your affiant has probable cause to believe that on or about December 12, 2023, Joshua STEARMAN committed the following violations of the United States Code: Title 26, United States Code, Section 5861(d) – Possession of an Unregistered Firearm/Destructive Device, Title 18, United States Code, Section 912 – False Personation of an Officer or Employee of the United States. All events occurred within the Southern District of Indiana.

16. Your affiant therefore submits this affidavit in support of a criminal complaint against STEARMAN and is further requesting an arrest warrant be issued.

Respectfully Submitted,

/s/Matthew Buck
Matthew Buck
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosive (ATF)

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by reliable electronic means (by telephone).

Date: 6/13/2024



Tim A. Baker
United States Magistrate Judge
Southern District of Indiana