**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:24-cr-00119-TWP-KMB |
| | ) |
| JOSHUA STEARMAN, | ) |
| | ) |
| Defendant. | ) |

## <u>VERDICT</u>

As to the offense charged in Count One of the Indictment, Possession of an Unregistered

Firearm in Violation of the National Firearms Act, in violation of Title 26, United States Code,

Sections 5841, 5861(d), and 5871, we the Jury find the Defendant, Joshua Stearman:

*Guilty*
_____
Guilty

_____
Not Guilty

4|8|2025
_____
Date

_____
Foreperson

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:24-cr-00119-TWP-KMB |
| | ) |
| JOSHUA STEARMAN, | ) |
| | ) |
| Defendant. | ) |

## <u>VERDICT</u>

As to the offense charged in Count Two of the Indictment, Impersonation of an Officer or

Employee of the United States, in violation of Title 18, United States Code, Section 912, we the

Jury find the Defendant, Joshua Stearman:

_____
Guilty

4/8/2025
Date

_____
~~Not Guilty~~

Foreperson